RECEIVED
MAY 08 2025
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## ____________ DIVISION

| | | |
|---|---|---|
| Christian Edwards<br>D.O.C # 1370498<br>*(Write the full name of the plaintiff in this action. Include prisoner registration number.)* | ) | Case No: ____________<br>*(to be assigned by Clerk of District Court)* |
| v. OFFicer David Fruits<br>St.Charles Police department | ) | Plaintiff Requests Trial by Jury<br>☒ Yes ☐ No |
| *(Write the full name of each defendant. The caption must include the names of* ***all*** *of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* | ) | |

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

# I. The Parties to this Complaint

## A. The Plaintiff

Name: Christian Paul Mike Edwards

Other names you have used: ______

Prisoner Registration Number: 1370498

Current Institution:
Secc Charleston Prison Mo

Indicate your prisoner status:

- [ ] Pretrial detainee
- [x] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): ______

## B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: David Fruits

Job or Title: Officer/Police

Badge/Shield Number: ______

Employer: Police officer

Address: St. Charles Police department 1781 zumbehl Rd, st. Charles MO, 63301

✓ Individual Capacity ______ Official Capacity

**Defendant 2**

Name: ______________________________

Job or Title: ______________________________

Badge/Shield Number: ______________________________

Employer: ______________________________

Address: ______________________________

☐ Individual Capacity ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

## III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Recieved no medical treatment At all!!

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I Believe by the Facts and Evidence I've Proven in this claim I deserve $500,000, For my unwanted Longterm Injuries! With all Evidence including Pictures, names, dates, and Times in case #(4:23-cv-01111-MTS) To be True!! Also I want the money sent to my dept of corrections Inmate account D.O.C#(1370498).

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes ☒ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes ☒ No ☐ Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes ☒ No ☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes ☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

---

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

none

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

N/A

F. If you did not file a grievance: N/A

1. If there are any reasons why you did not file a grievance, state them here:

Because I didn't Know and didn't have enough time to.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

In case#(4:23-cv-01111-MTS) all Evidence are True and Resolve around this case.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

[X] Yes [ ] No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Do not have it

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[X] Yes [X] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

Plaintiff Christian Edwards

Defendant(s) Officer david Fruits

2. Court (*if federal court, name the district; if state court, name the state and county*)

Eastern district court House

3. Docket or case number 4:23-cv-0114-(MTS)

4. Name of Judge assigned to your case (MTS)

5. Approximate date of filing lawsuit not Sure

6. Is the case still pending?

☐ Yes

☒ No (*If no, give the approximate date of disposition*): all on file I do no know

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

case dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

Plaintiff ______

Defendant(s) ______

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):_______________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this April day of 25th, 20 25.

Signature of Plaintiff Christian Edwards

Attachment (1)

Requesting from Clerk of court

I, Christian P. Edwards request From the clerk of court and defendants (evidence) → body cam audio/video footage From Police officer david Fruit of date, place, and time of Incident!

Please and Thank you

I, Christian P. Edwards, Request From clerk of court All evidence and The full 1983 civil suit Form orginally sent in on case no. (4:23-cv-01161-MTS) with pictures, dates, times including names and addresses aswell.

I, Christian P. Edwards request Permission From clerk of court To request and obtain my medical records From SECC Charleston MO, Prison sent to my attorney and myself aswell.

Thank you for your time and consideration

Sincerlly

Christian P. Edwards 4-25-2025

Pg 1

# Statement of claim Attachment (1,2,3,4)

I Hereby state That dates and times, Places, InJuries, of Police brutality, Pictures, discoveries, body cam audio/video Footage, statements and pictures of I, (christian Edwards) wrist and Head concussion I Recieved From (officer david Fruits), That all evidence is all in case# (4:23-cv-01111-MTS) I hereby state that Beyond Reasonable doubt that all Facts, statements and evidence Are True!

## What Happened to me!

when officer david Fruits saw me walking down st. charles boonesllick Rd he immediatly stopped me got out the police car and grabbed me very Aggressively and Put me in cuff's without Reading me my mirranda Rights or telling me what crime I committed to be arrested For which is Against the Law and breaking my 5th admendment Rights also Facts Proven by (illegally obtained Evidence) → (which is used as a metaphor (The Fruit of the Poisonous tree) in (criminal Law) the doctrine that evidence discovered due to information found through illegal search or other unconstitutional means (such as a Forced confession) may not be Introduced by a prosecutor. the theory is that the tree/ (orginal illegal evidence) is Poisoned and thus taints what grows from it For Example as Part of a coerced admission made without giving a Prime suspect the so-called "miranda warning" (statements of Rights, including the Right to Remain silent and what he/she says will Be used against them) the suspect tells the Police the Location of stolen Property. Since the admission cannot be introduced as evidence in trial, niether can stolen Property)

Pg(2)

Attachment (2)

C Also, Fruit of the Poisonoss tree is a Legal metaphor in the united states used to describe evidence that is obtained illegally. The logic of the terminology is that if the source (the "tree") of the evidence or evidence itself is tainted then anything gained (the "Fruit") From it is tainted aswell.
Fruit of the Poisonous tree is a legal metaphor in the united states used to describe evidence that is obtained illegally. The logic of the terminology is that if the Source (the "tree") of the evidenee or evidence itself is tainted, then Anything gained (the "Fruit") From it is tainted aswell. There for as an police officer who's supposed to protect and serve and Follow the law, broke Law. Also in old most recent civil suit Case# (4:23-cv-01111-MTS) is shows case no. of crime/charge (officer david Fruits) illegally arrested me For in the ~~discovery~~ discovery it shows in black an white (officer david Fruits) stated (He assumed it was me) by unvalid Realistic evidence Just statements that I stole that car, there Fore he didn't know who did it he Just assumed and i Feel target and i Feel officer david Fruits had it out ~~[illegible]~~ For me. Also by Proof of body cam audio/video it shows when officer david Fruits illegally arrested me without reading me my (miranda Rights) or telling me what im being arrested For, I Slowly stepped back Politely not Aggressive and defiantly wasn't trying to Flee but only ask a Question officer david Fruits Aggressively with excessive force by Police brutality Picked me up from behind by the handcuffs and Slammed me Causing my wrist to be scarred and Fractured and swallon making me hit my head on the floor board of the Police car giving me a major concussion making me very dissy; by body cam Footage it shows me Screaming For help is the victims Laughing at me calling me a nigger which made me a victim of Racisim while (officer david Fruits) tells me to shut the fuck up harrassing me constantly. being Humiliated as a (young african american male)

Attachment (3)

Pg (3)

Then once I got to st. Charle's Police department I still wasn't giving medical treatment but was Finally told my (miranda Rights) and what I'm being arested For ~~aft~~ after the Horrible abuse I went through.

Officer david Fruits is a sworn police officer of st. charles Police department who Failed to comply or Follow the law by abuse of Power!! which thereby Facts and evidence Proven (officer david Fruits) who's an sworn Police officer to follow the law and Protect and serve the community Committed a crime, violateted my admendment rights, which is against the Law and violated his sworn duty to protect and serve Facts.

I have pictures of my swollon Fractured and scarred wrist in old most Recent civil suit case#(4:23-cv-01111-mts) To prove beyond reasonable doubts Facts, statements and evidence are true!

I ReQuest For the bodycam Footage to be shown at court and personally Examined to prove beyond Reasonable doubt that Facts and evidence are true!

I Hereby state that statements, Personal Injuries, dates, times, Pictures and body cam Footage are beyond reasonable doubt True and Sufficient!!

Attachment (4)



P.S. Til This day I suffer with PTSD, Depression, night terrors, anxiety and a hard time writing with my Right hand due to Injuries I suffered and went through that day. I Take pain medicine, Sleeping meds for my night terrors I constantly go through every night and medicine For mood Stablizer and For my PTSD, depression and Anxiety every day Facts proven if You ReQuest my medical Records From that time until now I take meds which my insurance has to Pay For and Provide For me!.

I Hereby state the Following!:

- what Happened to me
- When did it happen
- where did it happen
- What InJuries did i suffer
- What did each defendant Personally do, or fail to do, to harm me!