UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v | ) ) No. 4:25-cv-00690-MTS |
| DAVID FRUITS and ST. CHARLES POLICE DEPARTMENT, | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Christian Edwards's latest Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [20]. Upon review of it and Plaintiff's Certified inmate account statement, the Court will grant the Motion and assess an initial partial filing fee of twelve dollars and sixty-nine cents ($12.69). See 28 U.S.C. § 1915(b)(1); *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining that prisoner-litigants must "pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"). Plaintiff must pay his initial partial filing fee to the Court no later than **Friday**, **March 27, 2026**. The failure to do so will result in the dismissal of this action without further notice.

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [20], is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must pay an initial partial filing fee of twelve dollars and sixty-nine cents ($12.69) no later than **Friday**, **March 27, 2026**. Plaintiff shall make his remittance payable to "Clerk, United States District Court," and include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that Plaintiff's other Motions regarding proceeding without prepaying fees, Docs. [12], [15], & [16], are **DENIED** as moot.

**IT IS FINALLY ORDERED** that Plaintiff's Motions to Appoint Counsel, Docs. [14], [17], and [18], are **DENIED** without prejudice for the reasons previously noted by the Court. *See* Doc. [11].

Dated this 10th day of February 2026.

                                                         _____
                                                         MATTHEW T. SCHELP
                                                         UNITED STATES DISTRICT JUDGE