**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

CHRISTIAN EDWARDS,                    )
                                      )
        Plaintiff,                    )
                                      )
v                                     )          No. 4:25-cv-00690-MTS
                                      )
DAVID FRUITS and ST. CHARLES          )
POLICE DEPARTMENT,                    )
                                      )
        Defendants.                   )

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Christian Edwards's *pro se* Motion regarding his initial partial filing fee. Doc. [24]. Upon consideration, the Court will reassess an initial partial filing fee in this matter. Plaintiff shall pay two dollars and nineteen cents ($2.19) to the Court as an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1); *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining that prisoner-litigants must "pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion, Doc. [24], is **GRANTED** in that his initial partial filing fee is recalculated to be two dollars and nineteen cents ($2.19). He must pay this initial partial filing fee no later than **Monday**, **May 18, 2026**. Plaintiff shall make his remittance payable to "Clerk, United States District Court," and include

upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) the statement that the remittance is for an original proceeding.

If Plaintiff fails to pay this amount, or properly show that he has no means by which to pay this modest initial partial filing fee, the Court will dismiss his action without further notice.

Dated this 3rd day of April 2026.

_____

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

2